UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES METZ,

    Plaintiff,    CASE NO. 18-51816
              HON. DENISE PAGE HOOD

v.

BELL INC.,

    Defendant.
_____/

## **ORDER DISMISSING PLAINTIFF'S CLAIM FOR RELIEF [#1]**

On December 28, 2018, the Court received a handwritten document from Plaintiff James Metz in which he alleges that he is being harmed. (Doc # 1) Plaintiff makes various claims including that "they kill my brain with a line" and "they hit the heart too, sometimes, and they hit the pancreas which dies hours later." (*Id.*) Plaintiff is currently the plaintiff in *Metz v. AT&T Pontiac Mich., et al*, 18-cv-11183 (E.D. Mich.), which is currently before Judge Stephen J. Murphy, III. Judge Murphy ordered in *Metz v. AT&T Pontiac Mich., et al* that Plaintiff "is enjoined and restrained from filing any new complaints in this district without first petitioning for and obtaining leave from the presiding judge of this Court." (Doc # 6, Pg ID 21) Since Plaintiff has failed to comply with Judge Murphy's Order, the Court will not consider Plaintiff's claim for relief. Accordingly, the request for relief that Plaintiff seeks is **DENIED**.

1

IT IS ORDERED that Plaintiff James Metz's Claim for Relief (Doc # 1) is **DENIED**.

                                                         s/Denise Page Hood
DATED: 3/1/2019                  DENISE PAGE HOOD
                                                         Chief Judge